IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 0 7 2002

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| ALS SCAN, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-01-1500 |
| | § | |
| DAVID WEINZAPFEL, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Plaintiff recover the sum of $12,750.00 from Defendant on Plaintiff's claim of copyright infringement. It is hereby further

**ORDERED** that post-judgment interest on Plaintiff's recovery of $12,750.00 shall accrue at the rate of 2.28% per annum, commencing from the date of entry of this judgment.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 7th day of March, 2002.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

44

P:\ORDERS\11-2001\1500reissuefj.wpd